(Official Form 1)(12/03)

| United States Bankruptcy Court<br>Northern District of Illinois, Eastern Division | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Jensky, Walter Jeffrey** | Name of Joint Debtor(Spouse)(Last, First, Middle):<br>**Jensky, Sherrie Lynn** |
|---|---|
| All Other Names Used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names Used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or Tax I.D.<br>No. (if more than one, state all): 4231 | Last four digits of Soc. Sec. No. / Complete EIN or Tax I.D.<br>No. (if more than one, state all): 8945 |
| Street Address of Debtor (including zip code):<br>18 W. St. Charles Road #3<br><br>Lombard Illinois  60148 | Street Address of Joint Debtor (including zip code):<br>285 Shorewood #3B<br><br>Glendale Heights Illinois  60139 |
| County of Residence or of the<br>Principal Place of Business: DuPage | County of Residence or Principal Place of Business:<br>Principal Place of Business: DuPage |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address): | |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- ☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)
- ☒ Individual(s)
- ☐ Corporation
- ☐ Partnership
- ☐ Other
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7    ☐ Chapter 11    ☒ Chapter 13
- ☐ Chapter 9    ☐ Chapter 12
- ☐ Sec. 304 - Case ancillary to foreign proceeding

**Nature of Debts** (Check one box)
- ☒ Consumer/Non-Business
- ☐ Business

**Filing Fee** (Check one box)
- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments Rule

**Chapter 11 Small Business** (Check all boxes that apply)
- ☐ Debtor is a small business as defined in 11 U.S.C. § 101
- ☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 121(e) (Optional)

**Statistical/Administrative Information** (Estimates only)
- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expen be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors
- ☐ 1-15   ☒ 16-49   ☐ 50-99   ☐ 100-199   ☐ 200-999   ☐ 1000-

| Estimated Assets | | | | | |
|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,0... $100... |
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | |

| Estimated Debts | | | | | |
|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,0... $100... |
| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | |

U.S. Bankruptcy Court
Northern District of Illinois
Filed: 09/15/2004
Time: 14:45:19
Debtor: WALTER JEFFREY JENSKY
Case: 04-34246    Fee : 194
Chapter: 13 Rec. # : 3101164
Judge: John Squires
341 mtg: 10/14/2004 @ 02:00PM
ConfHrg: 10/29/2004 @ 11:30AM
Trustee: GLENN STEARNS

1:04BK34246-BK001

| **VOLUNTARY PETITION** | Name of Debtor(s): Jensky<br>Jensky |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years** | | |
|---|---|---|
| Location Where Filed:<br>No. Dist of Illinois | Case Number:<br>00-B-35252 | Date Filed:<br>12/01/2000 |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## SIGNATURES

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under Chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

_____  9-13-2004
Signature of Debtor                Date

_____  9-13-2004
Signature of Co-Debtor             Date

### Signature of Attorney

_____
Signature of Attorney
State Bar Member Number: 3123726

9-13-2004
Date

Street Address:
100 W. Roosevelt Road
Suite A1-103
Wheaton, IL 60187
Telephone Number:
(630) 462-9220

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

_____  9-13-2004
Signature of Authorized Individual  Date

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g. forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

_____  9-13-2004
Signature of Attorney              Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

_____
**Signature of Bankruptcy Petition Preparer**     Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

In re: _____ Walter & Sherrie Jensky _____   Case No. _____

                    **Debtor**                                                    (if known)

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois, Eastern Division

### SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D. E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | | | $0.00 | | |
| B - Personal Property | | | $11,100.00 | | |
| C - Property Claimed as Exempt | | | | | |
| D - Creditors Holding Secured Claims | | | | $13,903.39 | |
| E - Creditors Holding Unsecured Priority Claims | | | | $2,748.68 | |
| F - Creditors Holding Unsecured Nonpriority Claims | | | | $137,770.11 | |
| G - Executory Contracts and Unexpired Leases | | | | | |
| H - Codebtors | | | | | |
| I - Current Income of Individual Debtor(s) | | | | | $4,752.32 |
| J - Current Expenditures of Individual Debtor(s) | | | | | $1,705.00 |
| Total Number of Sheets of ALL Schedules | | 0 | | | |
| Total Assets | | | $11,100.00 | | |
| Total Liabilities | | | | $154,422.18 | |

In re: _____ Walter & Sherrie Jensky _____    Case No. _____
                                 **Debtor**                                      (if known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint or Community". If the debtor holds no interest in real property, write "None" under "Description and Location of Property".

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim".

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property Without Deducting Any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| None | | | | |
| | | | Total | |

In re: _____Walter & Sherrie Jensky_____    Case No. _____

                   **Debtor**                                                   **(if known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None". If additional space is needed in any category, attach a separate sheet properly identified with the same case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint or Community". If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state the person's name and address under "Description and Location of Property".

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | ☐ | In Debtor's possession | H | 50.00 |
| 2. Checking, savings or other financial accounts, CD's, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses or cooperatives. | ☒ | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | ☐ | Debtor's security deposit = 1 month rent<br>Co-debtor's security deposit = 1 month rent | J | $710.00<br>$840.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | ☐ | 1 Lot ordinary household furnishing for Debtor's1<br>1 Lot ordinary household furnishings for Co-debtor's<br>1 bedroom apartment | J | $500.00<br>$500.00 |

In re: _____ Walter & Sherrie Jensky _____     Case No. _____

|  | **Debtor** |  |  | (if known) |

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | ☒ |  |  |  |
| 6. Wearing apparel. | ☐ | 1 Lot ordinary used men's wearing apparel<br>1 Lot ordinary used wsomen's wearing apparel | HW | $250.00<br>$250.00 |
| 7. Furs and jewelry. | ☒ |  |  |  |
| 8. Firearms and sports, photographic, and other hobby equipment. | ☒ |  |  |  |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | ☒ |  |  |  |
| 10. Annuities. Itemize and name each issuer. | ☒ |  |  |  |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | ☒ |  |  |  |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | ☒ |  |  |  |

In re: _____ Walter & Sherrie Jensky _____    Case No. _____

                        **Debtor**                                    (if known)

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 13. Interest in partnerships or joint ventures. Itemize. | ☒ | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | ☒ | | | |
| 15. Accounts receivable. | ☒ | | | |
| 16. Alimony, maintenance, support and property settlements to which the debtor is or may be entitled. Give particulars. | ☒ | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | ☒ | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | ☒ | | | |
| 19. Contingent and noncontingent interests in estate of a decendant, death benefit plan, life insurance policy, or trust. | ☒ | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | ☒ | | | |

In re: _____   Case No. _____
          Walter & Sherrie Jensky
                    **Debtor**                                          (if known)

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Patents, copyrights, and other intellectual property. Give particulars. | ☒ | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | ☒ | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | ☐ | 2003 Chevrolet Cavalier in Co-debtor's possession | W | $8,000.00 |
| 24. Boats, motors, and accessories. | ☒ | | | |
| 25. Aircraft and accessories. | ☒ | | | |
| 26. Office equipment, furnishings, and supplies. | ☒ | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | ☒ | | | |
| 28. Inventory. | ☒ | | | |

In re: _____ Walter & Sherrie Jensky _____          Case No. _____
                    **Debtor**                                                    (if known)

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 29. Animals. | ☒ | | | |
| 30. Crops - growing or harvested. Give particulars. | ☒ | | | |
| 31. Farming equipment and implements. | ☒ | | | |
| 32. Farm supplies, chemicals. and feed. | ☒ | | | |
| 33. Other personal property of any kind not already listed, such as season tickets. Itemize. | ☒ | | | |
| | ☐ | | | |
| | ☐ | | | |
| | ☐ | | | |
| | | Total | | $11,100.00 |

In re: Walter & Sherrie Jensky    Case No. _____

**Debtor**    (if known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under: (check one box)

☐ 11 U.S.C. § 522(b)(1): Exemptions provided in 11 U.S.C. § 522(d). **Note: These exemptions are available only in certain states.**

☒ 11 U.S.C. § 522(b)(2): Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemptions |
|---|---|---|---|
| Debtor's security deposit = 1 month rent<br>Co-debtor's security deposit = 1 month rent | 735-5/12-1001(b) | $1,550.00 | $710.00<br>$840.00 |
| 1 Lot ordinary household furnishing for Debtor's1<br>1 Lot ordinary household furnishings for Co-debtor's<br>1 bedroom apartment | 735-5/12-1001(b) | $1,000.00 | $500.00<br>$500.00 |
| | 735-5/12-1001(a) | | |
| 2003 Chevrolet Cavalier in Co-debtor's possession | 735-5/12-1001(c) | $2,400.00 | $8,000.00 |

In re: _____ Walter & Sherrie Jensky _____   Case No. _____

        **Debtor**                                          (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgement liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|---|
| Account Number  5782090<br>Wells Fargo Financial<br>1 International Plaza - Suite 300<br>Philadelphia, PA 19113 | ☒ | W | 2003 Purchase Money Mortgage on 2003 Chevrolet Cavalier with present retail value of $8,000.00<br><br>VALUE $          $8,000.00 | ☐ | ☒ | ☐ | $13,903.39 | $5,903.37 |
| Account Number: | ☐ | | <br><br>VALUE $ | ☐ | ☐ | ☐ | | |
| Account Number: | ☐ | | <br><br>VALUE $ | ☐ | ☐ | ☐ | | |
| Account Number: | ☐ | | <br><br>VALUE $ | ☐ | ☐ | ☐ | | |
| | | | Subtotal<br>(Total of this page) | | | | $13,903.39 | |
| | | | Total<br>(Use only on last page) | | | | $13,903.39 | |

___ continuation sheets attached

In re: _____ Walter & Sherrie Jensky _____  Case No. _____

                                    **Debtor**                                    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled Codebtor, include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

☐   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐   **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐   **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occured first, to the extend provided in 11 U.S.C. § 507(a)(3).

☐   **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐   **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer of fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐   **Deposits by individuals**

Claims of individuals up to $2,225* deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐   **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☒   **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐   **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTR, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

* Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_1_   continuation sheets attached

In re: _____ Walter & Sherrie Jensky _____    Case No. _____

**Debtor**                                                           (if known)

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien | Contingent | Unliquidated | Disputed | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|---|
| Account Number   032 03720 00<br>Village of Glen Ellyn<br>535 Duane Street<br>Glen Ellyn, IL 60137 | ☐ | J | 2003 Water Bill | ☐ | ☐ | ☐ | $156.33 | $156.33 |
| Account Number   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 2 02 06<br>Illinois Dept. of Employment Security<br>P.O. Box 19286<br>Springfield, IL 6279409286 | ☐ | H | Overpayment of unemployment benefits | ☐ | ☐ | ☐ | $450.00 | $450.00 |
| Account Number  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-3<br>Illinois Dept. of Employment Security<br>P.O. Box 4385<br>Chicago, IL 60680-4385 | ☐ | H | Overpayment of unemployment benefits | ☐ | ☒ | ☒ | 0 | 0 |
| Account Number  GL-205581.2306524<br>Village of Glendale Heights, Illinois<br>300 Civic Center Plaza<br>Glendale Heights, IL 60139 | ☐ | W | 2003 Parking Ticket | ☐ | ☐ | ☐ | $120.00 | $120.00 |
| Account Number  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<br>Internal Revenue Service<br>Austin, TX 73301-0021 | ☐ | J | 2001 Fed. Income Tax Liability | ☐ | ☐ | ☐ | $2,022.35 | $2,022.35 |
| Account Number | ☐ | H | | ☐ | ☐ | ☐ | | |
| Account Number | ☐ | | | ☐ | ☐ | ☐ | | |
| | | | Subtotal<br>(Total of this page) | | | | $2,748.68 | |
| | | | Total<br>(Use only on last page) | | | | $2,748.68 | |

Sheet no.  1  of  1   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

In re: _____    Case No. _____
                     Walter & Sherrie Jensky
                    **Debtor**                                              (if known)

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien | Contingent | Unliquidated | Disputed | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|---|
| Account Number: _____ | ☐ | | | ☐ | ☐ | ☐ | | |
| Account Number: _____ | ☐ | | | ☐ | ☐ | ☐ | | |
| Account Number: _____ | ☐ | | | ☐ | ☐ | ☐ | | |
| Account Number: _____ | ☐ | | | ☐ | ☐ | ☐ | | |
| Account Number: _____ | ☐ | | | ☐ | ☐ | ☐ | | |
| Account Number: _____ | ☐ | | | ☐ | ☐ | ☐ | | |
| Account Number: _____ | ☐ | | | ☐ | ☐ | ☐ | | |
| | | | Subtotal (Total of this page) | | | | $0.00 | |
| | | | Total (Use only on last page) | | | | | |

Sheet no.  2  of  1  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

In re: _____ Walter & Sherrie Jensky _____ Case No. _____

**Debtor**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account Number: _____ | ☐ | | | ☐ | ☐ | ☐ | |
| Account Number: _____ | ☐ | | | ☐ | ☐ | ☐ | |
| Account Number: 085900000253848436<br>AT&T Wireless<br>c/o NCO Financial Systems, Inc.<br>P.O. Box 41417<br>Philadelphia, PA 19101-1457 | ☐ | J | 2002-4 Utility Bills<br><br>Creditor's Rep:<br> NCO Financial Systems, Inc.<br>P.O. Box 41417<br>Philadelphia, PA 19101-1457 | ☐ | ☐ | ☐ | 1560.11 |
| Account Number: 1710938,2221123<br>Acute Care Specialists, Ltd<br>911 Elm Street - Ste 215<br>Hinsdale, IL 60521 | ☐ | J | 2004 - Medical Bills<br><br>Creditor's Rep:<br>Merchants' Credit Guide, Co.<br>223 W. Jackson Blvd<br>Chicago, IL 60606 | ☐ | ☐ | ☐ | 2281.76 |
| | | | | | Subtotal<br>(Total of this page) | | $3,841.87 |
| | | | | | Total<br>(Use only on last page) | | |

__11__  continuation sheets attached

In re:               Walter & Sherrie Jensky                              Case No. _____

**Debtor**                                                                         (if known)

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff. so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account Number:  See Schedule F(4)<br>Advocate Good Samaritan Hospital<br>3815 Highland Avenue<br>Downers Grove, IL 60515 | ☐ | J | 2002-2004<br><br>Creditor's Rep:<br>ICS Collection Service<br>P.O. Box 646<br>Oak Lawn. IL 60454-0646 | ☐ | ☐ | ☐ | 5519.80 |
| Account Number:  See Schedule F(9)<br>Alegent Health/Midlands Hospital<br>6520 Sorensen Parkway<br>Omaha, NE 68152-2138 | ☐ | J | 2003 - Medical Bills<br><br>Creditor's Rep:<br>HRO<br>6200 Aurora Ave - Ste 301-E<br>DesMoines, IA 50394-0039 | ☐ | ☐ | ☐ | 193.76 |
| Account Number:  A0318100902<br>Alexian Bros. Medical Center<br>P.O. Box 646<br>Oak Lawn, IL 60454-0646 | ☐ | J | 2003 - Medical Bills | ☐ | ☐ | ☐ | 498.70 |
| Account Number:  19221<br>Anesthesiologists, Ltd<br>185 Penny Avenue<br>East Dundee, IL 60118 | ☐ | J | 2004 - Medical Bills | ☐ | ☐ | ☐ | 29.90 |
| Account Number:4106370000583643<br>Aspire Visa<br>P.O. Box 105555<br>Atlanta. GA 30348-5555 | ☐ | J | 2003-4 Credit Card Bill | ☐ | ☐ | ☐ | 1025.14 |
| Account Number:  7250<br>Bellevue Vol. Fire and Rescue<br>P.O. Box 66<br>Bellevue, NE 68005 | ☐ | J | 2003 - Medical Bills | ☐ | ☐ | ☐ | 50.00 |
| Account Number:  See Schedule F(6)<br>Bloomingdale Fire Protection District<br>P.O. Box 1368<br>Elmhurst, IL 60126 | ☐ | J | 2003 - Medical Bills<br><br>Creditor's Rep:<br>Harvard Collection Services, Inc.<br>4839 N.Elston Ave.<br>Chicago. IL 60630-2534 | ☐ | ☐ | ☐ | 941.00 |
| | | | | | | Subtotal<br>(Total of this page) | $8.258.30 |
| | | | | | | Total<br>(Use only on last page) | |

Sheet no.  1  of  11  continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

In re: Walter & Sherrie Jensky          Case No. _____

**Debtor**                                                      (if known)

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account Number: 5178052241373469<br>CapitalOne Services<br>P.O. Box 85015<br>Richmond, VA 23285-6015 | ☐ | J | 2003 Credit Card Bill | ☐ | ☐ | ☐ | 742.72 |
| Account Number: P73853<br>Cardiovascular Assoc.<br>900 Frontage Road - Ste 325<br>Woodridge, IL 60517 | ☐ | J | 2003 - Medical Bills | ☐ | ☐ | ☐ | 5.09 |
| Account Number: 159307<br>Carol Stream Fire Protection<br>P.O. Box 457<br>Wheeling, IL 60090 | ☐ | J | 2003 - Medical Bills | ☐ | ☐ | ☐ | 430.00 |
| Account Number: See Schedule F(1)<br>Central DuPage Hospital<br>0N025 Winfield Road<br>Winfield, IL 60190-1295 | ☐ | J | 2001-2004 - Medical Bills<br><br>Creditors Rep:<br>Pellettiere & Assoc.<br>991 Oak Creek Drive<br>Lombard, IL 60148-6408 | ☐ | ☐ | ☐ | 27524.03 |
| Account Number: 4023*001660*629<br>Check Into Cash of Illinois<br>1171 Bloomingdale Rd. Space D<br>Glendale Heights, IL 60139 | ☐ | J | 2004 personal loan | ☐ | ☐ | ☐ | 288.00 |
| Account Number: 73035<br>City of Naperville, IL<br>400 Eagle Street<br>P.O. Box 3020<br>Naperville, IL 60566-7020 | ☐ | J | 20093 - Medical Bills | ☐ | ☐ | ☐ | 515.00 |
| Account Number: #BWNDLHV 259826 41325<br>Commonwealth Edison<br>c/o Pinnacle Financial Group, Inc.<br>7825 Washington Ave S. - Ste 410<br>Minneapolis, MN 55439-2409 | ☐ | J | 2003 - Utility Bill<br><br>Creditor's Rep:<br>Pinnacle Financial Group, Inc.<br>7825 Washington Ave S. - Ste 410<br>Minneapolis, MN 55439-2409 | ☐ | ☐ | ☐ | 854.41 |
| | | | | | Subtotal<br>(Total of this page) | | $30,359.25 |
| | | | | | Total<br>(Use only on last page) | | |

Sheet no. 2 of 11 continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

In re: _____ Walter & Sherrie Jensky _____     Case No. _____

_____ **Debtor** _____                    (if known)

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account Number:  601774<br>Cub Foods<br>c/o National Recoveries, Inc.<br>Blaine, MN 55434-3827 | ☐ | J | 2004 - NSF Check<br><br>Creditor's Rep:<br>National Recoveries, Inc.<br>Blaine, MN 55434-3827 | ☐ | ☐ | ☐ | 202.87 |
| Account Number:<br>Cynthia A. Power, MA, LCPC<br>2238 Appleby Drive<br>Wheaton, IL 60187 | ☐ | J | 2003 - Medical Bills | ☐ | ☐ | ☐ | 40.00 |
| Account Number:  454<br>Cynthia J. O'Brian MD<br>P.O. Box 479<br>Winfield, IL 60190-0479 | ☐ | J | 2004 - Medical Bills | ☐ | ☐ | ☐ | 240.00 |
| Account Number: 16*SAF700*115331*--<br>Dominicks<br>c/o Check Recovery Systems<br>P.O. Box 45405<br>Los Angeles, CA 90045-0274 | ☐ | J | 2004 - NSF Check<br><br>Creditor's Rep:<br>Check Recovery Systems<br>P.O. Box 45405<br>Los Angeles, CA 90045-0274 | ☐ | ☐ | ☐ | 262.46 |
| Account Number:  none<br>Don Kuharich<br>633 Western Avenue<br>Glen Ellyn, IL 60137 | ☐ | H | 2002 - Personal loan | ☐ | ☐ | ☐ | 7350.00 |
| Account Number: 1821476; 1606357<br>DuPage Emergency Phys Ltd.<br>609 Academy Drive<br>Northbrook, IL 60062 | ☐ | J | 2003-2004 - Medical Bills | ☐ | ☐ | ☐ | 486.10 |
| Account Number   226547; 283140194<br>DuPage Medical Group<br>1860 Paysphere Circle<br>Chicago, IL 60674 | ☐ | J | 2003-2004 - Medical Bills | ☐ | ☐ | ☐ | 4722.31 |
| | | | | | Subtotal<br>(Total of this page) | | $13,303.74 |
| | | | | | Total<br>(Use only on last page) | | |

Sheet no.  3  of  11   continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

In re: _____ Walter & Sherrie Jensky _____   Case No. _____

**Debtor**                                                    (if known)

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account Number: 802-1-0000598157<br>DuPage Pathology Assoc.<br>641 E. Butterfield Rd. Ste 407<br>Lombard, IL 60148 | ☐ | J | 2003 - Medical Bills | ☐ | ☐ | ☐ | 44.00 |
| Account Number: D5 5100486<br>DuPage Radiologists SC<br>P.O. Box 70<br>Hinsdale, IL 60522 | ☐ | J | 2004- Medical Bills | ☐ | ☐ | ☐ | 36.25 |
| Account Number: See Schedule F(7)<br>DuPage Valley Anesthesiologists<br>185 Penny Avenue<br>East Dundee, IL 60118 | ☐ | J | 2004 - Medical Bills | ☐ | ☐ | ☐ | 5298.00 |
| Account Number: See Schedule F(3)<br>Edward Hospital<br>801 S. Washington St.<br>Naperville, IL 60540-70650 | ☐ | J | 2002-2004<br><br>Creditor's Rep:<br>OSI Collection Services, Inc.<br>P.O. Box 959<br>Brookfield, WI 53008 | ☐ | ☐ | ☐ | 12310.84 |
| Account Number:<br>Emerg & Ambulatory Care Consultants<br>725 S. Wells Street - Ste 700<br>Chicago, IL 60607 | ☐ | J | 2003 - Medical Bills<br><br>Creditor's Rep:<br>Medical Collections System, Inc.<br>725 S. Wells St - Ste 700<br>Chicago, IL 60607 | ☐ | ☐ | ☐ | 325.00 |
| Account Number: 8503740615<br>First Consumers Nat'l Bank/ MRC Receivables<br>c/o Midland Credit Managemewnt<br>P.O. Box 939019<br>San Diego, CA 9219309019 | ☐ | J | 2003 - Credit Card Bills<br><br>Creditors Rep:<br>Midland Credit Managemewnt<br>P.O. Box 939019<br>San Diego, CA 9219309019 | ☐ | ☐ | ☐ | 879.93 |
| Account Number: 4610078476669098<br>First Premier Bank<br>P.O. Box 5524<br>Souix Falls, SD 57117-5524 | ☐ | J | 2003-4 Credit Card Debt<br><br>Creditor's Rep:<br>Van Ru Credit Corp<br>1124 Skokie Blvd - Ste 2<br>Skokie, IL 60077-1109 | ☐ | ☐ | ☐ | 563.72 |

Subtotal
(Total of this page)                                                                 $19,457.74

Total
(Use only on last page)

Sheet no. 4 of 11 continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

In re: _____ Walter & Sherrie Jensky _____   Case No. _____

**Debtor**   (if known)

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account Number: 52268-000-0000253264<br>Gateway Chevrolet-Oldsmobile<br>5373 N. Milwaukee Ave<br>Chicago, IL 60630 | ☐ | J | 2003 - Auto repair bill<br><br>Creditor's Rep:<br>Transworld Systems, Inc.<br>5880 Commerce Blvd<br>Pohnert Park, CA 94928-1651 | ☐ | ☐ | ☐ | 200.00 |
| Account Number:<br>Genesis Clinical Services<br>1725 S. Napervil e Rd. #206<br>Wheaton, IL 60187 | ☐ | J | 2003 - Medical Bills | ☐ | ☐ | ☐ | 50.00 |
| Account Number: See Schedule F(2)<br>Glen Oaks Hospital<br>P.O. Box 4657<br>Oak Brook, IL 60522-3 | ☐ | J | 2002-2004<br><br>Creditor's Rep:<br>Malcolm S. Gerald & Assoc., Inc.<br>332 S. Michigan Ave. Ste 600<br>Chicago, IL 60604 | ☐ | ☐ | ☐ | 1904.50 |
| Account Number: JENWA000<br>Glen T Cannon<br>P.O. Box 5823<br>Naperville, IL 60567-5833 | ☐ | J | 2002 - Medical Bills | ☐ | ☐ | ☐ | 225.00 |
| Account Number: 04 AR 841<br>Hinsdale Hospital<br>Walnut & Oak Streets<br>Hinsdale, IL 60125 | ☐ | J | 2003 - Medical Bills<br><br>Creditor's Rep:<br>Grant Eckoff, P.C.<br>330 S. Naperville Road Suite 408<br>Wheaton, IL 60187 | ☐ | ☐ | ☐ | 5521.15 |
| Account Number: 5488975004723006<br>Household Bank<br>c/o CCB Credit Services<br>P.O. Box 272<br>Springfield, IL 62705 | ☐ | J | 2003-2004 Credit Card debt<br><br>Creditor's Rep:<br>CCB Credit Services<br>P.O. Box 272<br>Springfield, IL 62705 | ☐ | ☐ | ☐ | 1002.57 |
| Account Number: 2-6949<br>Illinois State Toll Highway Authority<br>2700 Ogden Ave.<br>Downers Grove, IL 60515 | ☐ | H | H.E.L.P. Invoice | ☐ | ☐ | ☐ | 5.00 |
| | | | | | | Subtotal<br>(Total of this page) | $8,908.22 |
| | | | | | | Total<br>(Use only on last page) | |

Sheet no. _5_ of _11_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

In re: _____Walter & Sherrie Jensky_____   Case No. _____
　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　(if known)

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account Number  IL 5200417**<br>Illinois State Toll Highway Authority<br>Violation Processing Center<br>135 S. LaSalle Street Rm 8021<br>Chicago, Il 60674-8021 | ☐ | W | 2003/VN300503728 | ☐ | ☐ | ☐ | 2426. |
| **Account Number  INT-0306-384**<br>Intelaone Commo Plus Div of CSTI<br>P.O. Box 414846<br>Boston, MA 02241 | ☐ | J | 2003 - Utility Bill | ☐ | ☐ | ☐ | 23.01 |
| **Account Number 3311; ??**<br>Intensive Care Svcs of NW SC<br>75 Remittance Dr. Ste 3128<br>Chicago, IL 60675-3128 | ☐ | J | 2003-2004 - Medical Bills<br><br>Creditor's Rep:<br>e-Recoverfy Solutions<br>P.O.Box 826<br>Christiansburg, VA 24068-0826 | ☐ | ☐ | ☐ | 199.51 |
| **Account Number**<br>Jewel Food Store<br>c/o Heller & Frrisone, Ltd.<br>33 North LaSalle Street - Ste 1200<br>Chicago, IL 60602 | ☐ | J | 2004 - NSF check<br><br>Creditors Rep:<br>Heller & Frissone, Ltd.<br>33 North LaSalle Street<br>Chicago, IL 60602 | ☐ | ☐ | ☐ | 111.50 |
| **Account Number**<br>John Borello, D.D.S<br>45 S. Park Blvd. Ste 22<br>Glen Ellyn, IL 60137 | ☐ | J | 2003 - Meidcal Bill | ☐ | ☐ | ☐ | 22.00 |
| **Account Number 03 SC 2172**<br>Joseph R. Wells, D.D.S.<br>c/o Phillip J.Rotcne. P.C.<br>320 S. Westmore Ave<br>Lombard, IL 60148 | ☐ | J | 2003 - Medical Bills<br><br>Creditor's Rep:<br>Phillip J. Roctche, P.C.<br>320 S. Westmore Ave<br>Lombard, IL 60148 | ☐ | ☐ | ☐ | 627.27 |
| **Account Number  0320000630**<br>Jospeph M. Nemeth. MD<br>P.O. Box 72180<br>Roselle, IL 60172-0180 | ☐ | J | 2001 - Medical Bills | ☐ | ☐ | ☐ | 25.00 |
| | | | Subtotal<br>(Total of this page) | | | | $3,434.29 |
| | | | Total<br>(Use only on last page) | | | | |

Sheet no. _6_ of _11_   continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

In re: _____ Walter & Sherrie Jensky _____    Case No. _____

**Debtor**    (if known)

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account Number<br>Lance Lambert D.D.S.<br>420 Pennsylvania Ave - Ste 103<br>Glen Ellyn, IL 60137 | ☐ | J | 2003 - Medical Bills | ☐ | ☐ | ☐ | 139.13 |
| Account Number  PVA901280877<br>Medical Group - 65-ZZ<br>P.O. Box 101157<br>Atlanta, GA 30392-1157 | ☐ | J | 2003 - Medical Bills | ☐ | ☐ | ☐ | 65.70 |
| Account Number  See Schedule F(5)<br>Metro Paramedic Services-Glen<br>P.O. Box 1407<br>Elmhurst, IL 60126 | ☐ | J | 2001-2003 - Medical Bills<br><br>Creditors Rep:<br>CCS<br>5340 N. Clark Street<br>Chicago, IL 60640 | ☐ | ☐ | ☐ | 5732.83 |
| Account Number  See Schedule f(8)<br>Midwest Diagnostic Pathology, SC<br>75 Remittance Drive Ste 3070<br>Chicago, IL 60675-3030 | ☐ | J | 2003-2004 - Medical Bills | ☐ | ☐ | ☐ | 72.00 |
| Account Number  See Schedule F(10)<br>Midwest Heart Specialists<br>135 S. LaSalle St. Dept 3496<br>Chicago, IL 60674-3496 | ☐ | J | 2004 - Medical Bills | ☐ | ☐ | ☐ | 123.24 |
| Account Number  800265449; 207357<br>Midwest Pasthology Services<br>P.O. Box 1135 M<br>Wheaton, IL 60189-1135 | ☐ | J | 2004 - Medical Bills<br><br>Creditor's Rep:<br>TriCounty Accounts<br>P.O. Box 515<br>Wheaton, IL 60187 | ☐ | ☐ | ☐ | 326.27 |
| Account Number  478*5001839942<br>Midwest Pathology Specialists, LLC<br>P.O. Box 4907<br>Omaha, NE 68104 | ☐ | J | 2004 - Medical Bills | ☐ | ☐ | ☐ | 17.27 |
|  |  |  | Subtotal<br>(Total of this page) |  |  |  | $6,476.44 |
|  |  |  | Total<br>(Use only on last page) |  |  |  |  |

Sheet no. _7_ of _11_  continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

In re: _____ Walter & Sherrie Jensky _____ Case No. _____
        **Debtor**                                          (if known)

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account Number: 27665067<br>NICOR Gas<br>c/o CBCS<br>P.O. Box 69<br>Columbus, OH 43216 | ☐ | J | 2003 - Utility Bill<br>Creditor's Rep:<br>CBCS<br>P.O. Box 69<br>Columbus, OH 43216 | ☐ | ☐ | ☐ | 278.11 |
| Account Number: NR 4619078<br>Naperville Radiologists, SC<br>P.O. Box 70<br>Hinsdale, IL 60522 | ☐ | J | 2004 - Medical Bills | ☐ | ☐ | ☐ | 1604.48 |
| Account Number: T2K6J0<br>Neteller, Inc.<br>Suite #64008<br>5512-4th Street NW<br>Calgary, AB Canada | ☐ | H | ISp Service Provider | ☐ | ☐ | ☐ | 506.25 |
| Account Number: See Schedule F(11)<br>Northwest Community Hospital<br>Business Center -PFSOS<br>3060 Salt Creek Ln. Ste 110<br>Arlington Heights, IL 60005-8101W | ☐ | J | 2003-2004 - Medical Bills | ☐ | ☐ | ☐ | 14225.88 |
| Account Number: 8432065236<br>Northwest Radiology Assoc.<br>628 North Street<br>P.O. Box 53<br>Geneva, IL 60134 | ☐ | J | 2003 - Medical Bills | ☐ | ☐ | ☐ | 354.00 |
| Account Number: 70723<br>Northwest Suburban<br>P.O. Box 1219<br>Park Ridge, IL 60069-7219 | ☐ | J | 2003 - Meidcal Bills<br><br>Creditor's Rep:<br>Medical Business Bureau, LLC<br>P.O. Box 1219<br>Park Ridge, IL 60068-7219 | ☐ | ☐ | ☐ | 1676.00 |
| Account Number: 035987<br>Pleasantview Fire Protection District<br>LaGrange, IL 60525 | ☐ | J | 2003 - Medical Bills<br><br>Creditor's Rep:<br>Harvard Collection Services, Inc.<br>4839 N.Elston Ave.<br>Chicago, IL 60630-2534 | ☐ | ☐ | ☐ | 500.00 |
| | | | | | Subtotal<br>(Total of this page) | | $19,144.72 |
| | | | | | Total<br>(Use only on last page) | | |

Sheet no. _8_ of _11_  continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

In re: _____ Walter & Sherrie Jensky _____   Case No. _____
           **Debtor**                                      (if known)

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account Number _____<br>Quick Payday.Com<br>87 East 1400 North<br>Logan, Utah 84341 | ☐ | J | 2004 - Personal loan | ☐ | ☐ | ☐ | 380.00 |
| Account Number  Jensky<br>Robert Ronkin, M.D., D.D.S.<br>610 E. Roosevelt Road<br>Wheaton, IL 60187 | ☐ | J | Medical Bill | ☐ | ☐ | ☐ | 400.00 |
| Account Number  630 665-1616 967 2<br>SBC Ameritech<br>Bill Payment Center<br>Chicago, IL 60663-0001 | ☐ | J | 2002-3 Utilitiy Bills | ☐ | ☐ | ☐ | 923.66 |
| Account Number  053-032144-8<br>State Bank of Illinois<br>600 E. Washington St.<br>West Chicago, IL 60185 | ☐ | J | 2002 - Overdraft | ☐ | ☐ | ☐ | 493.89 |
| Account Number  359508-248002<br>Suburban Radiologists SC<br>P.O. Box 6074<br>River Forest, IL 60305-6074 | ☐ | J | 2003 - Medical Bills | ☐ | ☐ | ☐ | 46.00 |
| Account Number: 7042<br>Surgical Neurology Associates, Ltd<br>1730 W. Algonquin Rd.<br>Arlington Heights, IL 60005 | ☐ | J | 2003 Medical Bills | ☐ | ☐ | ☐ | 10525.00 |
| Account Number: 7431079-275670761<br>T Mobile<br>c/o Southwest Credit Systems, L.P.<br>P.O. Box 115151<br>2629 Dickerson Parkway<br>Carrolton, TX 75011-5151 | ☐ | J | 2002-4 Utility Bills<br>Creditor's Rep:<br>Southwest Credit Systems, L.P.<br>P.O. Box 115151<br>2629 Dickerson Parkway<br>Carrolton, TX 75011-5151 | ☐ | ☐ | ☐ | 166.44 |

Subtotal
(Total of this page) $12,934.99

Total
(Use only on last page)

In re: _____ Walter & Sherrie Jensky _____    Case No. _____

**Debtor**                                                                     (if known)

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account Number  3736512<br>TCF Bank<br>c/o Professional Account Mgmt, L.L.C.<br>P.O. Box 391<br>Millwaukee, WI 53201-0391 | ☐ | J | 2003 - Overdraft<br>Creditor's Rep:<br>Professional Account Mgmt, L.L.C.<br>P.O. Box 391<br>Millwaukee, WI 53201-0391 | ☐ | ☐ | ☐ | 509.90 |
| Account Number  569676<br>TCF National Bank IL<br>c/o ACC International<br>919 Estes Court<br>Schaumburg, IL 60193-4427 | ☐ | H | 2003-4 Overdraft | ☐ | ☐ | ☐ | 659.04 |
| Account Number  24820<br>The Psych Associates<br>950 York Road - Suite 107<br>Hinsdale, IL 60521 | ☐ | J | 2004 - Medical Bills | ☐ | ☐ | ☐ | 241.00 |
| Account Number  03920<br>The Tooth Repair Shoppe, Ltd.<br>610 W. Roosevelt Rd. Ste A1<br>Wheaton, IL 60187 | ☐ | J | 2003-4 Medical Bills | ☐ | ☐ | ☐ | 463.60 |
| Account Number: none<br>Tom Phillabaum<br>360 Hill Avenue<br>Glen Ellyn, IL 60137 | ☐ | H | 2002 - Personal loan | ☐ | ☐ | ☐ | 900.00 |
| Account Number: 43680<br>W. Sub Neurosurgical Assoc<br>332 S. Michigan Ave - Suite 600<br>Chicago, IL 60604 | ☐ | J | 2003 - Medical Bills<br><br>Creditor's Rep:<br>Malcolm S. Gerald & Assoc, INc.<br>332 S. Michigan Ave - Suite 600<br>Chicago, IL 60604 | ☐ | ☐ | ☐ | 777.00 |
| Account Number: 5782090<br>Wells Fargo Financial<br>1 International Plaza - Suite 300<br>Philadelphia, PA 19113 | ☐ | H | Unsecured portion of Puchase Money Mortgage on 2003 Chevrolet Cavalier | ☐ | ☐ | ☐ | 5902.37 |
| | | | | | | Subtotal<br>(Total of this page) | $9,452.91 |
| | | | | | | Total<br>(Use only on last page) | |

In re: _____ Walter & Sherrie Jensky _____   Case No. _____
                    **Debtor**                                    (if known)

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account Number: 5782090<br>Wells Fargo Financial<br>1 International Plaza - Suite 300<br>Philadelphia, PA 19113 | ☐ | H | arrearage (2 months) | ☐ | ☐ | ☐ | 700.00 |
| Account Number: 09125893<br>West Central Anes Group<br>P.O. Box 1123<br>Jackson, MN 49204-1123 | ☐ | J | 2004 - Medical Bills | ☐ | ☐ | ☐ | 51.54 |
| Account Number: 4300054754<br>West Suburban Bank<br>1657 Bloomingdale Road<br>Glendale Heights, IL 60239 | ☐ | J | 2003 - overdrafts | ☐ | ☐ | ☐ | 326.58 |
| Account Number: 1400025672<br>West Suburban Bank<br>Westmore and Madison Streets<br>Lombard, IL 60148 | ☐ | J | 2004 - Overdraft | ☐ | ☐ | ☐ | 1084.52 |
| Account Number: 184894<br>Wheaton Eye Clinic<br>2018 N. Main Street<br>Wheaton, IL 60187 | ☐ | J | 2004 - Medical Bill | ☐ | ☐ | ☐ | 35.00 |
| Account Number | ☐ | | | ☐ | ☐ | ☐ | |
| Account Number | ☐ | | | ☐ | ☐ | ☐ | |

Subtotal (Total of this page) $2,197.64
Total (Use only on last page) $137,770.11

Sheet no. 11 of 11 continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**In re: Walter Jensky and Sherrie Jensky**

**Schedule F(1) - Central DuPage Hospital**

| Account Number | Amount |
|---|---|
| 2567099 | 278.77 |
| 2813603 | 263.00 |
| 2821746 | 165.88 |
| 2844842 | 150.53 |
| 2955594 | 61.23 |
| 3005832 | 50.00 |
| 2968011 | 50.00 |
| 3031786 | 50.00 |
| 2969857 | 50.00 |
| 3032372 | 50.00 |
| 3054578 | 50.00 |
| 3060594 | 50.00 |
| 2204830 | 50.00 |
| 0056700 | 50.00 |
| 3132320 | 6079.75 |
| 3144194 | 678.85 |
| 3164273 | 105.25 |
| 3170874 | 161.94 |
| 3178286 | 104.19 |
| 3178926 | 339.80 |
| 3194683 | 122.72 |
| 3207966 | 116.93 |
| 3285367 | 1072.69 |
| 2409548 | 37.32 |
| 2410355 | 6395.54 |

| | |
|---|---|
| 2410435 | 120.93 |
| 3594022 | 309.92 |
| 3597136 | 142.82 |
| 3618014 | 1890.03 |
| 2409634 | 61.23 |
| 2408940 | 105.68 |
| 3678099 | 56.60 |
| 2424799 | 189.70 |
| 3644972 | 100.00 |
| 3650835 | 100.00 |
| 2733299 | 117.83 |
| 2763102 | 213.64 |
| 2763107 | 258.46 |
| 2665802 | 876.50 |
| 3594022 | 452.74 |
| 3678099 | 56.60 |
| 3573671 | 213.68 |
| 3254808 | 2449.51 |
| 3627805 | 125.91 |
| 3746853 | 1680.00 |
| 3736228 | 100.00 |
| 454 | 240.00 |
| ?? | 1077.86 |
| Total | 27254.03 |

In re: Walter Jensky and Sherrie Jensky

## Schedule F(2) - Glen Oaks Hospital

| | |
|---|---|
| 1304497 | 22.00 |
| 1338892 | 70.00 |
| 1339655 | 63.92 |
| 1307639 | 34.55 |
| 1304385 | 22.00 |
| 1338892 | 70.00 |
| 1264115 | 50.00 |

| | |
|---|---|
| 1338892 | 630.53 |
| 13419847 | 150.00 |
| 1307839 | 123.96 |
| 9101388 | 667.84 |
| Total | 1904.50 |

## Schedule F(3) - Edwards Hospital

| | |
|---|---|
| E026760264 | 607.00 |
| E025992041 | 588.50 |
| E029510377 | 134.12 |
| E029394087 | 436.05 |
| E026451179 | 688.75 |
| E025610749 | 1024.50 |
| E025832700 | 686.25 |

| | |
|---|---|
| E029394087 | 570.17 |
| E026560888 | 6943.25 |
| ?? | 632.25 |
| Total | 12310.84 |

## Schedule F(4) - Good Samaritan Hospital

| | |
|---|---|
| 10724623-3 | 267.48 |
| 109045690 | 1050.00 |
| 109766444 | 375.40 |
| 10948714-0 | 500.00 |
| 109322495 | 2534.20 |
| 10677919-2 | 50.00 |
| 10976644-4 | 375.40 |
| 10734016-8 | 108.09 |

| | |
|---|---|
| 10927746-7 | 196.80 |
| 105737019 | 62.43 |
| Total | 5519.80 |

**In re: Walter Jensky and Sherrie Jensky**

## Statement F(5) - Metro Paramedic

| | | | | |
|---|---|---|---|---|
| 02-98867 | 169.16 | | 02-141432 | 903.71 |
| 03-314812 | 866.00 | | 506038 | 687.16 |
| 03-265551 | 75.00 | | 03-263021 | 281.00 |
| -153528 | 1269.09 | | 02-22091 | 679.03 |
| 249076 | 112.98 | | Total | 5732.83 |
| 153472 | 810.01 | | | |
| 02-224902 | 179.69 | | | |

## Statement F(6) - Bloomingdale F.P.D.

| | | | | |
|---|---|---|---|---|
| 3-265551 | 75.00 | | Total | 941.00 |
| 3-314812 | 866.00 | | | |

## Statement F(7) - DuPage Valley Anesth.

```
54385        4068.00
50066        1230.00
Total        5298.00
```

## Statement F(8) - Midwest Diagnostic

```
861-1-0001426706    44.00
861-1-0001725719    28.00
861-1-0001426706    414.00
Total               486.00
```

## Statement F(9) - Alegent Midlands Community

```
5001839942    134.56
5001836823     59.20
Total         193.76
```

## Statement F(10) - Midwest Heart

```
190044    85.00
152950    38.24
Total     123.24
```

**In re: Walter Jensky and Sherrie Jensky**

**Statement F(11) - Northwest Comm. Hospital**

| | |
|---|---|
| 32142079 | 10509.91 |
| 32065236 | 2100.00 |
| 32142320 | 539.76 |
| 32224814 | 170.00 |

| | |
|---|---|
| 32414770 | 492.19 |
| 32374891 | 414.02 |
| Total | 14225.88 |

In re: _____Walter & Sherrie Jensky_____    Case No. _____
                    **Debtor**                                    (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.

State nature of debtor's interest in contract. i.e. "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.

Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE: A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☐   Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State Whether Lease is for Nonresidential Real Property. State Contract Number of Any Government Contract |
|---|---|
| Don Tuchscherer<br>P.O. Box 61<br>Lombard, IL 60148 | Lease of debtors apartment at 18 W St. Charles Road Apt 3<br>Lombard, IL |
| Merit RentASuite<br>525 W. Wise Road, Unit C<br>Schaumburg, IL 60193 | Lease of debtor's spouse'e apartment at 285 Shorewood Apt 3B<br>Glendale Heights, IL 60139 |
| Wells Fargo Financial<br>1 International Plaza - Suite 300<br>Philadelphia, PA 19113 | Purchase Money Security contract for the purchase<br>of a 2003 Chevrolet Cavalier Automobile |

In re: _____ Walter & Sherrie Jensky _____     Case No. _____
                              **Debtor**                                    (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☒ Check this box if debtor has no codebtors.

| Name and Mailing Address of Codebtor | Name and Mailing Address of Creditor |
|---|---|
| | |

In re: _____ Walter & Sherrie Jensky _____    Case No. _____

                         **Debtor**                                                     (if known)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: Married/separated | DEPENDENTS OF DEBTOR AND SPOUSE | | | | |
|---|---|---|---|---|---|
| | NAMES | Jeffrey Jensky | AGE  17 | RELATIONSHIP | Son |
| | | Kelly Jensky | 18 | | Daughter |
| | | Lauren Jensky | 19 | | Daughter |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | HVAC Technician | Manager |
| Name of Employer | Airmen Mechanical Services, Inc. | Bath & Body |
| How Long Employed | 21 months | 23 Months |
| Address of Employer | 274 Commonwealth Drive<br>Carol Stream, IL 60189 | Stratford Mall<br>Bloomingdale, IL 60108 |

**Income:** (Estimate of average monthly income)

| | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | $ 2880.00 | $ 2900.00 |
| Estimated monthly overtime | $ | $ |
| SUBTOTAL | $ 2,880.00 | $ 2,900.00 |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 495.00 | $ 311.68 |
| b. Insurance | $ | $ 196.00 |
| c. Union dues | $ | $ |
| d. Other (Specify: Cell phone) | $ 25.00 | $ |
| e. Other (Specify: ) | $ | $ |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 520.00 | $ 507.68 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 2,360.00 | $ 2,392.32 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ | $ |
| Income from real property | $ | $ |
| Interest and dividends | $ | $ |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | $ |
| Social security or other government assistance (Specify: ) | $ | $ |
| Pension or retirement income | $ | $ |
| Other monthly income | | |
| | $ | $ |
| TOTAL MONTHLY INCOME | $ 2,360.00 | $ 2,392.32 |
| TOTAL COMBINED MONTHLY INCOME | $ 4,752.32 | |

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

In re:        Walter & Sherrie Jensky        Case No. _____

                   **Debtor**                                                  (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☒   Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse".

| | | |
|---|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ | 710.00 |
|     Are real estate taxes included?   ☒ Yes   ☐ No | | |
|     Is property insurance included?   ☒ Yes   ☐ No | | |
| Utilities: Electric and heating fuel | $ | 60.00 |
|     Cable | $ | 89.00 |
|     Water and sewer | $ | |
|     Telephone | $ | 90.00 |
|     Other: | $ | |
| Home maintenance (repairs and upkeep) | $ | |
| Food | $ | 350.00 |
| Tobacco and Alcohol | $ | |
| Health and Beauty Products | $ | 80.00 |
| Clothing | $ | 80.00 |
| Laundry and dry cleaning | $ | 60.00 |
| Medical and dental expenses | $ | 100.00 |
| Transportation (not including car payments) | $ | 50.00 |
| Recreation, clubs and exctertainment, newspapers, magazines | $ | |
| Charitable contributions | $ | |
| Automobile Repairs | $ | |
| School Tuition | $ | |
| School Related Expenses | $ | 60.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
|     Homeowner's or renters | $ | 25.00 |
|     Life | $ | 30.00 |
|     Health | $ | |
|     Auto | $ | 71.00 |
|     Other: | $ | |
| Taxes (not deducted from wages or included in home mortgage payments) | $ | |
| Installment payments: (In chapter 12 or 13 cases, do not list payments to be included in the plan) | | |
|     Auto | $ | |
|     Other: | $ | |
|     Other: | $ | |
| Alimony, maintenance, and support paid to others | $ | |
| Payments for support of additional dependents not living at your home | $ | |
| Day Care | $ | |
| Pet Care | $ | |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| Other: | $ | |
| TOTAL MONTHLY EXPENSES | $ | 1,855.00 |

In re: _____ Walter & Sherrie Jensky _____    Case No. _____

_____

                  **Debtor**                                                  (if known)

# SPOUSE

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family.  Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

| | | |
|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ | 840.00 |
|     Are real estate taxes included?  ☒ Yes  ☐ No | | |
|     Is property insurance included?  ☒ Yes  ☐ No | | |
| Utilities: Electric and heating fuel | $ | 80.00 |
|     Cable | $ | 130.00 |
|     Water and sewer | $ | |
|     Telephone | $ | 38.00 |
|     Other: | $ | |
| Home maintenance (repairs and upkeep) | $ | |
| Food | $ | 375.00 |
| Tobacco and Alcohol | $ | |
| Health and Beauty Products | $ | 80.00 |
| Clothing | $ | 50.00 |
| Laundry and dry cleaning | $ | 40.00 |
| Medical and dental expenses | $ | 200.00 |
| Transportation (not including car payments) | $ | 100.00 |
| Recreation, clubs and entertainment, newspapers, magazines | $ | |
| Charitable contributions | $ | |
| Automobile Repairs | $ | 25.00 |
| School Tuition | $ | |
| School Related Expenses | $ | |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
|     Homeowner's or renters | $ | 25.00 |
|     Life | $ | 30.00 |
|     Health | $ | |
|     Auto | $ | |
|     Other: | $ | |
| Taxes (not deducted from wages or included in home mortgage payments) | $ | |
| Installment payments: (In chapter 12 or 13 cases, do not list payments to be included in the plan) | | |
|     Auto | $ | 350.00 |
|     Other: | $ | |
|     Other: | $ | |
| Alimony, maintenance, and support paid to others | $ | |
| Payments for support of additional dependents not living at your home | $ | |
| Day Care | $ | |
| Pet Care | $ | |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | |
| Other: | $ | |
| TOTAL MONTHLY EXPENSES | $ | 2,363.00 |

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | | |
|---|---|---|
| A. Total projected monthly income | $ | 4752.32 |
| B. Total projected monthly expenses | $ | 4218.00 |
| C. Excess income (A minus B) | $ | 534.32 |
| D. Total amount to be paid into plan each monthly | $ | ~~485.00~~ 486.00 |

In re: _____Walter & Sherrie Jensky_____     Case No. _____
                    **Debtor**                                        (if known)

# DECLARATION CONCERNING DEBTOR(S) SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 32 sheets (total shown on summary page plus 1), and that they are true and correct to the best of my knowledge, information, and belief.

| 9-13-2004 | | |
|---|---|---|
| Date | | Signature of Debtor |
| 9-13-2004 | | |
| Date | | Signature of Co-Debtor |

\* \* \* \* \* \*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

_____                    _____
        Date                                    Signature of Authorized Individual

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. § 152 and 3571.

In re:                    Walter & Sherrie Jensky                    Case No. _____

                          **Debtor**                                                          (if known)


# UNITED STATES BANKRUPTCY COURT

## Northern District of Illinois, Eastern Division

### CHAPTER 13 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1.  I, the debtor, have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2.  My intention with respect to the property of the estate which secures those consumer debts are as follows:

    A.  Property To Be Surrendered

Description of Property                                    Creditor's Name



    B.  Property To Be Retained

| Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|
| 2003 Chevrolet Cavalier | Wells Fargo Financial | ☐ | ☒ | ☐ |
| | | ☐ | ☐ | ☐ |
| | | ☐ | ☐ | ☐ |
| | | ☐ | ☐ | ☐ |
| | | ☐ | ☐ | ☐ |


3.  I understand that § 521(2)(B) of the Bankruptcy Code requires that I perform the above stated intention within 45 days of the filing of this statement with the court, or within such additional time as the court, for cause, within such 45-day period fixes.


I declare under penalty of perjury that I have read the answers contained in the foregoing statement of intentions and my attachments thereto and that they are true and correct.


      9-13-2004                                          _____
         Date                                                          **Signature of Debtor**


      9-13-2004                                          _____
         Date                                                          **Signature of Co-Debtor**

FORM 7. STATEMENT OF FINANCIAL AFFAIRS

# UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois, Eastern Division

In Re:    Walter & Sherrie Jensky     Case No. _____

**Debtor**     (if known)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to any question is "None", mark the box labeled "None". If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the two years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation: a partner, other than a limited partner, of a partnership: a sole proprietor or self-employed.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor: general partners of the debtor and their relatives: corporations of which the debtor is an officer, director, or person in control: officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives: affiliates of the debtor and insiders of such affiliates: any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None ☐    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Amount | Source (if more than one) |
|---|---|
| Debtor - 21000.00 (Year to date) | Debtor - employment |
| 36200.00 (2003) | Employmemt |
| 11400.00 (20020 | Employment |
| | |
| Spouse - 22000.00 (Year to date) | Spouse - employment |
| 38200.00 (2003) | Employment |
| 36000.00 (2002 | Employment |

**2. Income other than from employment or operation of business**

None  ☒      State the amount of income received by the debtor other than from employment, trade, profession, or operation
             of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars.
             If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or
             chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated
             and a joint petition is not filed.)

Amount                          Source (if more than one)

**3. Payments to creditors**

None  ☐      a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than
             $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing
             under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed,
             unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Creditor | Dates of Payments | Amount Paid | Amount Still Owing |
|---|---|---|---|
| Wells Fargo Financial (Car loan)<br>1 International Plaza - Suite 300<br>Philadelphia, PA 19113-1510 | monthly, on the 8th | 350. 00 / month | 13902/39 |

None  ☒  b.  List all payments made within one year immediately preceding the commencement of this case to or for the benefit of
creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either
or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Name and Address of Creditor

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None  ☐  a.  List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding
the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning
either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
filed.)

| Caption of Suit and Case Number | Nature of Proceeding | Court or Agency and Location | Status or Disposition |
|---|---|---|---|
| Joseph R. Wells, D.D.S vs Walter Jensky 03 SC 2172 | Garnishment | 18th Circuit Court, DuPage County, IL | Judgment Plaintiff 627.27 |
| Hinsdale Hospital v Walter & Sherrie Jensky 2004 AR 841 | Garnishment | 18th Circuit Court, DuPage County, IL | Judgment Plaintff 5521.15 |

None ☒    b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Person for Whose Benefit Property was Seized | Date of Seizure | Description and Value of Property |
|---|---|---|

**5.  Repossessions, foreclosures and returns**

None ☒    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Creditor or Seller | Date of Repossession, Foreclosure Sale, Transfer or Return | Description and Value of Property |
|---|---|---|

**6. Assignments and receiverships**

None ☒    a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Assignee | Date of Assignment | Terms of Assignment or Settlement |
| --- | --- | --- |

None ☒    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Custodian | Name and Location of Court Case Title and Number | Date of Order | Description and Value of Property |
| --- | --- | --- | --- |

### 7. Gifts

None ☒    List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Person or Organization | Relationship to Debtor, if any | Date of Gift | Description and Value of Gift |
|---|---|---|---|
| | | | |

### 8. Losses

None ☒    List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Description and Value of Property | Description of circumstances and, if loss was covered in whole or in part by insurance, give particulars | Date of Loss |
|---|---|---|
| | | |

### 9. Payments related to debt counseling or bankruptcy

None ☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| Name and Address of Payee | Date of Payment, Name of Payor if other than Debtor | Amount of Money or Description and Value of Property |
|---|---|---|
| George W. Willits, Attorney at Law 100 W. Roosevelt Road - Suite A1-103 Wheaton, IL 60187 | 7/25/2004 | 750.00 Fees 195.00 Court filing fees |

**10. Other transfers**

None ☒        List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Transferee, Relationship to Debtor | Date | Describe Property Transferred and Value Received |
|---|---|---|

**11. Closed financial accounts**

None ☒        List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Institution | Type and Number of Account and Amount of Final Balance | Amount and Date of Sale or Closing |
|---|---|---|
| TCF Bank | Checking #5875770525 | -850.00 |
| | Saving #2866243920 | 3/15/2004 |
| TCF Bank | | -500.00 |
| | Checking #271972572 | 11/7/2003 |

**12. Safe deposit boxes**

None ☒        List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Name and Address of Bank or Other Depository | Names and Addresses of those with Access to Box or Depository | Description of Contents | Date of Transfer or Surrender, if any |
|---|---|---|---|

**13. Setoffs**

None ☒    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Creditor | Date of Setoff | Amount of Setoff |
|---|---|---|

**14. Property held for another person**

None ☒    List all property owned by another person that the debtor holds or controls.

| Name and Address of Owner | Description and Value of Property | Location of Property |
|---|---|---|

**15. Prior address of debtor**

None ☐    If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| Address | Name Used | Dates of Occupancy |
|---|---|---|
| Debtor - In Town Suites, Ogden Avenue, Downers Grove, Illinois | Walter Jensky | 2002 |
| Spouse - 423 Lorraine Road, Glen Ellyn, IL | Sherrie Jensky | 2003 |

**16. Spouses and former spouses**

None ☒      If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the six-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

Name

**17. Environmental information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☒      a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| Site Name and Address | Name and Address of Governmental Unit | Date of Notice | Environmental Law |
|---|---|---|---|
| | | | |

None ☒      b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| Site Name and Address | Name and Address of Governmental Unit | Date of Notice | Environmental Law |
|---|---|---|---|
| | | | |

None ☒   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| Name and Address of Governmental Unit | Docket Number | Status or Disposition |
| --- | --- | --- |

### 18. Nature, location and name of business

None ☒   a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the six-years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| Name, Taxpayer I.D. Number, Address | Nature of Business | Beginning and Ending Dates |
| --- | --- | --- |

None ☒   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| Name | Address |
| --- | --- |

[If completed by an individual or individual and spouse.]
I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

| 9-13-2004 | | |
|---|---|---|
| Date | | Signature of Debtor |

| 9-13-2004 | | |
|---|---|---|
| Date | | Signature of Co-Debtor |

* * * * * *

[If completed on behalf of a partnership or corporation]
I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

_____          _____
Date                                       Signature of Authorized Individual

_____
Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. § 152 and 3571.

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois, Eastern Division

In Re: _____ Walter & Sherrie Jensky _____        Case No. _____

**Debtor**                                                    (if known)


## VERIFICATION OF CREDITOR MATRIX


The above named debtor(s), or debtor's attorney if applicable, do hereby certify under

penalty of perjury that the attached Master Mailing List of creditors, consisting of  sheet(s) is

complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy

Rules and I/we assume all responsibility for errors and omissions.


_____9-13-2004_____                     _____
Date                                           Signature of Attorney


_____            _____
Signature of Debtor                            Signature of Co-Debtor


_____
Signature of Authorized Individual