UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:

WALTER JEFFREY JENSKY
SHERRIE LYNN JENSKY
       Debtor(s)

Case No. 04-34246

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/15/2004.

2) The plan was confirmed on 01/26/2005.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 08/08/2008.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 03/15/2007, 06/19/2008, 01/28/2009.

5) The case was dismissed on 03/13/2009.

6) Number of months from filing to last payment: 52.

7) Number of months case was pending: 65.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $4,950.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $21,484.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$21,484.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $626.70 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $927.71 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$1,554.41** |

Attorney fees paid and disclosed by debtor:   $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ACC INTERNATIONAL | Unsecured | 659.04 | NA | NA | 0.00 | 0.00 |
| ACUTE CARE SPECIALIST | Unsecured | 2,281.76 | NA | NA | 0.00 | 0.00 |
| ALEGENT HEALTH/MIDLANDS HOSP | Unsecured | 193.76 | NA | NA | 0.00 | 0.00 |
| ALEXIAN BROTHERS BEHAVIORAL | Unsecured | 498.70 | NA | NA | 0.00 | 0.00 |
| ANESTHESIA ASSOCIATES | Unsecured | 29.90 | NA | NA | 0.00 | 0.00 |
| ASPIRE VISA | Unsecured | 1,025.14 | 826.49 | 826.49 | 313.30 | 0.00 |
| BELLEVUE FIRE & RESCUE | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| BLOOMINDALE FIRE PROTECTION | Unsecured | 941.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK | Unsecured | 742.72 | 742.72 | 742.72 | 281.52 | 0.00 |
| CAPITAL ONE BANK | Unsecured | NA | 589.58 | 589.58 | 223.48 | 0.00 |
| CAPITAL ONE BANK | Unsecured | NA | 697.03 | 697.03 | 264.22 | 0.00 |
| CARDIOVASCULAR ASSOC | Unsecured | 5.09 | 5.09 | 5.09 | 1.93 | 0.00 |
| CAROL STREAM FIRE PROTECTION | Unsecured | 430.00 | NA | NA | 0.00 | 0.00 |
| CENTRAL DUPAGE HOSPITAL | Unsecured | 27,524.03 | NA | NA | 0.00 | 0.00 |
| CHECK INTO CASH | Unsecured | 288.00 | NA | NA | 0.00 | 0.00 |
| CHECK RECOVERY SYSTEMS | Unsecured | 262.46 | NA | NA | 0.00 | 0.00 |
| CITY OF NAPERVILLE | Unsecured | 515.00 | 878.00 | 878.00 | 297.79 | 0.00 |
| CROSS COUNTRY BANK | Unsecured | 1,002.57 | NA | NA | 0.00 | 0.00 |
| CUB FOODS | Unsecured | 202.87 | 202.87 | 202.87 | 76.90 | 0.00 |
| CYNTHIA A POWER | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| CYNTHIA J OBRIEN MD | Unsecured | 240.00 | NA | NA | 0.00 | 0.00 |
| DON KUHARICH | Unsecured | 7,350.00 | NA | NA | 0.00 | 0.00 |
| DUPAGE EMERGENCY PHYSICIANS | Unsecured | 486.10 | NA | NA | 0.00 | 0.00 |
| DUPAGE MEDICAL GROUP | Unsecured | 4,722.31 | NA | NA | 0.00 | 0.00 |
| DUPAGE PATHOLOGY ASSOC | Unsecured | 44.00 | NA | NA | 0.00 | 0.00 |
| DUPAGE RADIOLOGISTS | Unsecured | 36.25 | NA | NA | 0.00 | 0.00 |
| DUPAGE VALLEY ANESTHESIOLOGIS | Unsecured | 5,298.00 | NA | NA | 0.00 | 0.00 |
| EDWARD HOSPITAL | Unsecured | 12,310.84 | NA | NA | 0.00 | 0.00 |
| GATEWAY CHEVROLET | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| GENESIS CLINICAL SERVICES | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| GLEN OAKS HOSPITAL | Unsecured | 1,904.50 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| GLEN T CANNON | Unsecured | 225.00 | NA | NA | 0.00 | 0.00 |
| GOOD SAMARITAN HOSPITAL | Unsecured | 5,519.80 | NA | NA | 0.00 | 0.00 |
| HINSDALE HOSPITAL | Unsecured | 5,521.15 | 5,911.91 | 5,911.91 | 2,240.96 | 0.00 |
| IL DEPT OF EMPLOYMENT SECURITY | Priority | 450.00 | NA | NA | 0.00 | 0.00 |
| IL DEPT OF EMPLOYMENT SECURITY | Unsecured | NA | 3,712.00 | 3,712.00 | 1,207.57 | 0.00 |
| ILL STATE TOLL HIWAY AUTHORITY | Unsecured | 5.00 | NA | NA | 0.00 | 0.00 |
| ILL STATE TOLL HIWAY AUTHORITY | Unsecured | 2,426.00 | 2,530.20 | 2,530.20 | 959.10 | 0.00 |
| INTELAONE COMMO PLUS/CSTI | Unsecured | 23.01 | NA | NA | 0.00 | 0.00 |
| INTENSIVE CARE SRV OF NW SC | Unsecured | 199.51 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 2,022.35 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 879.93 | 866.17 | 866.17 | 328.33 | 0.00 |
| JEWEL FOOD STORES INC | Unsecured | 111.50 | 111.50 | 111.50 | 42.28 | 0.00 |
| JOHN BORELLO DDS | Unsecured | 22.00 | NA | NA | 0.00 | 0.00 |
| JOSEPH M NEMETH MD | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| LANCE LAMBERT DDS | Unsecured | 139.13 | NA | NA | 0.00 | 0.00 |
| MEDICAL BUSINESS BUREAU | Unsecured | 1,676.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL GROUP 65ZZ | Unsecured | 65.70 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT ADJUSTERS | Unsecured | 17.27 | 17.27 | 17.27 | 6.54 | 0.00 |
| METRO PARAMEDIC SRV | Unsecured | 5,732.83 | NA | NA | 0.00 | 0.00 |
| MIDWEST DIAG PATHOLOGISTS | Unsecured | 72.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST HEART SPECIALISTS | Unsecured | 123.24 | 85.00 | 85.00 | 32.22 | 0.00 |
| MIDWEST PATHOLOGY | Unsecured | 326.27 | NA | NA | 0.00 | 0.00 |
| NAPERVILLE RADIOLOGISTS | Unsecured | 1,604.48 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Unsecured | 325.00 | 300.00 | 300.00 | 113.73 | 0.00 |
| NCO FINANCIAL SYSTEMS | Unsecured | 854.41 | 854.41 | 854.41 | 323.87 | 0.00 |
| NCO FINANCIAL SYSTEMS | Unsecured | 1,560.11 | NA | NA | 0.00 | 0.00 |
| NETELLER INC | Unsecured | 506.25 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 278.11 | NA | NA | 0.00 | 0.00 |
| NORTHWEST COMMUNITY HOSPITA | Unsecured | 14,225.88 | NA | NA | 0.00 | 0.00 |
| NORTHWEST RADIOLOGY ASSOC | Unsecured | 354.00 | NA | NA | 0.00 | 0.00 |
| PLEASANTVIEW FIRE PROTECTION | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 563.72 | 563.72 | 563.72 | 213.67 | 0.00 |
| PROFESSIONAL ACCOUNT MGMT | Unsecured | 509.90 | NA | NA | 0.00 | 0.00 |
| PSYCHIATRIC ASSOCIATES | Unsecured | 241.00 | NA | NA | 0.00 | 0.00 |
| QUIK PAYDAY.COM | Unsecured | 380.00 | 400.00 | 400.00 | 151.62 | 0.00 |
| RJ ROTCHE & ASSOC | Unsecured | 627.27 | NA | NA | 0.00 | 0.00 |
| ROBERT RONKIN MD DDS | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| SBC BANKRUPTCY DESK | Unsecured | 923.66 | 864.44 | 864.44 | 327.65 | 0.00 |
| STATE BANK OF ILLINOIS | Unsecured | 493.89 | NA | NA | 0.00 | 0.00 |
| SUBURBAN RADIOLOGISTS | Unsecured | 46.00 | NA | NA | 0.00 | 0.00 |
| SURGICAL NEUROLOGY | Unsecured | 10,525.00 | NA | NA | 0.00 | 0.00 |
| T MOBILE | Unsecured | 166.44 | 166.44 | 166.44 | 63.09 | 0.00 |
| TOM PHILLABAUM | Unsecured | 900.00 | NA | NA | 0.00 | 0.00 |
| TOOTH REPAIR SHOPPE LTD | Unsecured | 463.60 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF GLEN ELLYN | Unsecured | 156.33 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF GLENDALE HEIGHTS | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO FINANCIAL ACCEPT | Secured | 8,000.00 | 8,000.00 | 8,000.00 | 8,000.00 | 1,454.61 |
| WELLS FARGO FINANCIAL ACCEPT | Unsecured | NA | 5,978.39 | 5,978.39 | 2,266.17 | 0.00 |
| WEST CENTRAL ANES GROUP | Unsecured | 51.54 | 88.20 | 88.20 | 33.41 | 0.00 |
| WEST SUB NEUROSURGICAL ASSOC | Unsecured | 777.00 | 777.00 | 777.00 | 294.52 | 0.00 |
| WEST SUBURBAN BANK | Unsecured | 326.58 | NA | NA | 0.00 | 0.00 |
| WEST SUBURBAN BANK | Unsecured | 1,084.52 | 1,084.52 | 1,084.52 | 411.11 | 0.00 |
| WHEATON EYE CLINIC | Unsecured | 35.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $8,000.00 | $8,000.00 | $1,454.61 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$8,000.00** | **$8,000.00** | **$1,454.61** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$28,252.95** | **$10,474.98** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $1,554.41 |
| Disbursements to Creditors | $19,929.59 |
| **TOTAL DISBURSEMENTS :** | **$21,484.00** |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 02/11/2010                    By: /s/ Glenn Stearns
                                                                    Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**